Signed: February 25, 2010

_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. 09-40483 TM |
| JOHN MARTIN MCNANEY, PAMELA ELLEN MCNANEY | Chapter 7 |
| Debtors. _____/ | |
| JOHN MARTIN MCNANEY, PAMELA ELLEN MCNANEY, | A.P. No. 09-4196 AT |
| Plaintiffs, | |
| vs. | |
| INTERNAL REVENUE SERVICE, et al., | |
| Defendants. _____/ | |

**MEMORANDUM RE STATUS OF ADVERSARY PROCEEDING**

On April 24, 2009, the above-captioned debtors (the "Debtors") filed the above-captioned adversary proceeding, seeking a determination that their tax obligations to the defendants for the tax years 1988 through 1997 were subject to the Debtors' discharge in their bankruptcy case. The Debtors received their discharge on June 16, 2009. On October 13, 2009, the Internal Revenue Service filed a

Statement of Nonopposition to the complaint. On November 3, 2009, the Franchise Tax Board filed a Statement of Nonopposition to the complaint.

On October 5, 2009, the Debtors appeared at a status conference in the adversary proceeding. The Court noted that the defendants had each filed a Statement of Nonopposition to the complaint. It directed the Debtors' counsel to submit a proposed form of judgment granting the relief requested: i.e., a declaration that the taxes in question were discharged in the Debtors' bankruptcy case. The Court issued an order dismissing the proceeding in 60 days if the Debtors failed to do so.

For some reason, the Debtors have failed to submit a proposed form of judgment. Instead, they have moved to restore the proceeding to the active calendar. They appear to believe that the amount of the taxes being discharged must be quantified. There is no need to do so. The hearing on the Debtors' motion to restore will not be vacated. However, the Debtors may submit a proposed form of judgment prior to the hearing. If the judgment is entered, they need not appear at the hearing on their motion.

END OF DOCUMENT

2

COURT SERVICE LIST

Gregory O. Slatoff
Law Offices of Gregory O. Slatoff
225 W Winton Ave. #205
Hayward, CA 94544

Patricia Montero
Internal Revenue Service
Office of the Chief Counsel
160 Spear St. 9th Fl.
San Francisco, CA 94105

Marguerite C. Stricklin
Franchise Tax Board
Office of the Attorney General
P.O. Box 70550
Oakland, CA 94612-0550